# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00688-CV

**Hygieacare, Inc. and Peter Leibham, Appellants**

**v.**

**Angela Fielding, Appellee**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-002236, THE HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate this appeal, requesting that we abate and permit proceedings in the trial court to effectuate the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(c). We grant the motion and abate the appeal. The parties shall submit either a joint status report concerning the status of the settlement or a motion to dismiss on or before, March 31, 2023. The appeal will remain abated until further order of this Court.

It is so ordered on February 16, 2023.

Before Justices Baker, Kelly, and Smith

Abated

Filed: February 16, 2023